400 A.2d 629

Commonwealth v. Hubbard, Appellant.

Submitted November 14, 1977. John D. McBride, Assistant Public Defender, for appellant; Keith R. McMillen, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

400 A.2d 630

Commonwealth v. John Albert Jones, Appellant.

Submitted March 13, 1978. Anthony S. Federico, Jr., for appellant; Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J. concurred in the result.

HOFFMAN, J. did not participate in the consideration or decision of this case.